NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 09a0640n.06

**No. 08-5457**

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

FILED
**Sep 16, 2009**
LEONARD GREEN, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | ON APPEAL FROM THE |
| v. | ) | UNITED STATES DISTRICT |
| | ) | COURT FOR THE EASTERN |
| LAMONT C. FITCH, | ) | DISTRICT OF KENTUCKY |
| | ) | |
| Defendant-Appellant. | ) | |
| | ) | |

BEFORE:    MARTIN, GUY, and McKEAGUE, Circuit Judges.

**PER CURIAM**.  Defendant-Appellant Lamont C. Fitch appeals his sentence of six months for assaulting a safety manager while an inmate at United States Penitentiary, Big Sandy, in Inez, Kentucky.  The district court's decision, after considering the factors in 18 U.S.C. § 3553(a), to make the six-month sentence run consecutive to Fitch's ongoing unfulfilled sentence was not an abuse of discretion.  *See United States v. Watford*, 468 F.3d 891, 915-17 (6th Cir. 2006); *United States v. Gibson*, 896 F.2d 206, 210 (6th Cir. 1990).  The district court's decision to impose a six-month sentence, after considering the factors in 18 U.S.C. § 3553(a), was neither procedurally nor substantively unreasonable.  *See United States v. Jones*, 445 F.3d 865, 869 (6th Cir. 2006).  Therefore, we **AFFIRM** the district court's decision.